PD-0670-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/2/2015 12:01:21 PM
Accepted 6/2/2015 5:04:38 PM
ABEL ACOSTA
CLERK

<u>No. 13-14-00045-CR</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| GUSTAVO GARZA | § | SITTING IN AUSTIN, TEXAS |

## <u>MOTION FOR EXTENTION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW</u>

### TO THE HONORABLE COURT OF APPEALS:

GUSTAVO GARZA, Appellant, moves for an extension of THIRTY (30) days in which to file Appellant's Petition for Discretionary Review, pursuant to Tex. R. App. P. 10.5(b), 38.6(d) and shows:

### I.

The Judgment and Order affirming Appellant's conviction was entered in this case on May 21, 2015. The case was originally tried in the 54th Judicial District Court in McLennan County, Texas in a case entitled in the STATE vs. GUSTAVO GARZA, Cause No 2012-1932-C2. Lead counsel for the state at trial was Brandon Luce. Appellant's Petition for Discretionary is due on June 20, 2015.

Prior to this date, the undersigned counsel has had insufficient time to locate Appellant in the Texas Department of Criminal Justice Institutional Division and provide him with written notice of his obligation to file his Petition for Discretionary Review within the current time frame. Therefore, counsel requests another THIRTY (30) days in which appellant can comply.

### II.

The additional time request is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant. This is the first extension sought.

WHEREFORE, Appellant prays that the Court grant this Motion and modify and extend the deadline for filing Appellant's Petition for Discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

June 2, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,

**Robert G. Callahan, II**
State Bar No. 24051641
One Liberty Place
100 N. 6th Street, Suite 902
Waco, Texas 76701
*Phone (254) 717-8600*
*Fax (254) 754-4824*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent via _x_ Facsimile, ___ U.S. Mail, ___Hand Delivery to Abel Reyna, Criminal District Attorney for McLennan County, on June 2, 2015.

**Robert G. Callahan, II**
State Bar No. 24051641
One Liberty Place
100 N. 6th Street, Suite 902
Waco, Texas 76701
*Phone (254) 717-8600*
*Fax (254) 754-4824*